UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

RECEIVED
AUG 1 6 2019
U.S. District Court
Middle District of TN

Case No. **03-19-0720**
*(to be filled in by the Clerk's Office)*

Robert Wolfenbarker
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Carter Co. Correctional Center, et al
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Robert M. Wolfenbarker
All other names by which you have been known: Michael Wolf and/or Wolf murder
ID Number: #153843
Current Institution: Bledsoe Carter Co. Correctional Center
Address: 1045 Horsehead Rd.
Pikeville TN. 37367
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Carter Co. Correctional Center
Job or Title (if known): Jail
Shield Number: N/A
Employer: Carter County, Tenn.
Address: 900 E. Elk Ave.
Elizabethton TN. 37643
City / State / Zip Code
☐ Individual capacity ☒ Official capacity

Defendant No. 2
Name: Patty Duffield
Job or Title (if known): Movement and Time Coordinator
Shield Number: N/A
Employer: Carter Co. Correctional Center
Address: 900 E. Elk Ave.
Elizabethton TN. 37643
City / State / Zip Code
☒ Individual capacity ☒ Official capacity

Defendant No. 3
Name: Jake Myers
Job or Title (if known): Federal Inmate
Shield Number: N/A
Employer: None
Address: 900 E Elk Ave
City: Elizabethton   State: TN   Zip Code: 37643

☒ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: Jimmy Gray
Job or Title (if known): Federal Inmate
Shield Number: N/A
Employer: None
Address: Tenn Prison unknown
City:   State:   Zip Code:

☒ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

When they placed Mr. Wolfenbarker in the POD with Federal Inmates and Mr. Wolfenbarker was attacked and brutally beaten to be hospitalized. While he is a State inmate not allowed Housing with Federal

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

B. Defendants

#5 Mr. Holesloff
County Inmate
N/A
N/A
900 E Elk Rd
Elizabethton, TN. 37643
☒ Both

#6 Deputy Hodges
County Corrections Deputy
N/A
Carter County, Tenn
900 E. Elk Rd.
Elizabethton, TN. 37643
☒ Both

#7 Deputy Smith
County Corrections Deputy
N/A
Carter County, Tenn
900 E. Elk Rd.
Elizabethton, TN. 37643
☒ Both

#8 Sheriff Dexter Lunceford
County of Carter, Tenn
N/A
Carter Co., Tenn
900 E. Elk Rd.
Elizabethton, TN.
☒ Both

#9 J.A. and/or Capt. Trivet
Jail Administrator and Captain
N/A
Carter Co., TN
900 E. Elk Rd.

Defendants
#10 James Parrish
Chief Deputy
N/A
Carter County, Tenn
Elizabethton, TN. 37643
☒ Both

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attached Paper

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

See Attached

II D. On the Night of Dec. 30th while the Plaintiff Mr. Wolfenbarker was in his cell at the Correctional Center is when the entire pod was the normal loud and active within the cells of the pod. The Plaintiff did play a normal role in talks and joking around as he has done on any other occasion. On this night another Federal Inmate Myers was for whatever reason being aggressive and out of conduct with Mr. Wolfenbarker. The Plaintiff was not aware that his participation in the nightly events or talks and/or joking was causing any problems so as the aggression continued with the now following other Federal Inmates whom run together with Mr. Myers (is Jimmy Gray Holesloff) The night died down with little argument, and Mr. Wolfenbarker went to sleep to wake up to another day.

Mr. Wolfenbarker was lead to believe there might be a confrontation on the following day of New Years Eve. When he was awake he did the normal going out of his cell without any problems that morning. That evening, Mr. Wolfenbarker was sure all was well and after the next shift of the Correctional Center was changed Mr. Wolfenbarker at around 7pm was out and that was when he was confronted and harassed about talks the night before. Mr. Wolfenbarker being the normal joking person was again thinking all was well when the situation turned ugly. Mr. Wolfenbarker was jumped by (2) two of the men involved and then the (3rd) third one jumped in and began the aggression punching

on the Plaintiff and he defended himself to the best of his abilities and long and good enough to get them off of him. But only 10 mins (around about) after the (1st) first attack they again when Mr. Wolfenbarker was unaware and thinking that all was over they attacked again.

During all of this Deputy Smith (in tower) and Hodges was doing rounds and while the attack was going on no one came on either attack and when Mr. Wolfenbarker was finally clear of the attack the deputies came to remove him and talked about the fight during which they could have come to stop or assist in it but never did. Mr. Wolfenbarker suffered broken jaw and other multibable injuries.

IV

B. They all occurred in a Day room at the Carter County Correction Center at approximately 7pm on Dec. 31st 2018

C. Dec. 31st 2018 around 7pm

D. Attacked and beaten while in a Day room of a federal Run facility and the Plaintiff is State inmate not suppost to be housed in same pod and/or allowed to be confronted and/or injuried by Federal Inmates. Federal Inmates (named in case) jumped Mr. Wolfenbarker and caused extreme injury while Deputies watched and refused assisting Mr. Wolfenbarker by not stopping any of it and talking about how it was good to watch. Other inmates saw this happen and other Deputies watched the fight and proclaimed good fight but no write-ups

on any of the said Deputies watching the fight occur and/or happen and only after having taken Mr. Wolfenbarker to the ER for later surgery to repair broken jaw and injuries did they street charge all inmates involved but not before.

## V Injuries

Mr. Wolfenbarker was caused broken jaw and some other injuries such as contusion and alot of body swelling and injuries to cause blood in his stool. The Plaintiff was not right away taken to the ER but some time after the effect of his complaining about his suffering the Deputies had to at this point take him to the ER. During his check-up there they said the jaw was broken and there would be a need of surgery. The Deputies to avoid having to be there over night and dealing with this all they told that the inmate Mr. Wolfenbarker would have to return on Jan 1st, 2019 in order to have surgery. The deputies put Mr. Wolfenbarker thru more suffering and pains and emotional stress by not allowing the doctor care for another night. They also during the recovery never before or during or after contacted his Emergency Contacts and didn't allow him any extra privileges and/or normal ones such as cleaning himself up or anything of that nature. He was only allowed (2) two showers and at (1) one point they finally did allow (1) one phone call to his mother and the Plaintiff

C. What date and approximate time did the events giving rise to your claim(s) occur?

_See Attached_

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_See Attached_

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_See Attached_

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

_See Attached_

VI. The Plaintiff Mr. Wolfenbarker is seeking actual damages to the Max available for any further medical attention needed in future of this injury. Such as for the Emotional Stress of the injury and the acts of which now have Mr. Wolfenbarker uneasy around crowds and did and does suffer memories of all that cause sleepless nights. Mr. Wolfenbarker is seeking finacual damages and Punitive damages at the Max for all of the lost time he has lost due to the injury and attack that did also cause his movement to Bledsoe County Correctional Center away from his family and daughter which he loves unconditionally. So he wants Max to cover his loss of time with his family.

VII F. #2 Mr. Wolfenbarker was unable to talk due to his jaw wired shut but on numerous times tried to make complaints to no avail with the Deputies.

G. The only real concern for anything to do with Mr. Wolfenbarker was whom would foot the bill at the Hospital nothing to do with his concerns or grievances.

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Carter County Correction Center

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _Because I was detained away from the available way of grievance_

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _See Attached_

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _See Attached._

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Page 8 of 11

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug 6 2019

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Robert M. Wolfenbarker
Prison Identification #: # 00605707 TDOC
Prison Address: 1045 Horsehead Rd.
Pikeville     TN.     37367
       City        State        Zip Code

B. **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

       City        State        Zip Code

Telephone Number
E-mail Address