UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| ROBERT WOLFENBARKER, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | No.: 2:19-CV-162-TAV-CRW |
| F/N/U HODGES and F/N/U SMITH, | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion, filed contemporaneously with this order, this pro se prisoner's complaint for relief under 42 U.S.C. § 1983 is **DISMISSED** for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Defendants' motion for summary judgment [Doc. 30] is, accordingly, **DENIED** as moot.

Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
s/ John L. Medearis
CLERK OF COURT